# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cv-01536-JOF
## Artistic Land Development, LLC et al v. Peachtree Financial Partners, Inc. et al
## Honorable J. Owen Forrester

Minute Sheet for proceedings held In Chambers on 08/15/2008.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:20 A.M.
TIME IN COURT: 00:20

COURT REPORTER: Lois Phillips
DEPUTY CLERK: Traci Clements-Campbell

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ronald Gaither representing Artistic Land Development, LLC<br>David Ghattas representing Peachtree Financial Partners, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [14]Motion to Quash DENIED<br>[14]Motion for Protective Order DENIED |
| MINUTE TEXT: | Discovery ends January 17, 2009. Counsel to work together on scheduling depositions, however, if Counsel aren't able to work out scheduling, the Court grants Counsel leave to unilaterally schedule depositions, as long as opposing Counsel is given at least 14 days notice. |